176 So.2d 146

**Charles Vester DENNIS**

**v.**

**BUSINESS MEN'S ASSURANCE COMPANY OF AMERICA.**

**No. 47829.**

June 28, 1965.

In re: Charles Vester Dennis applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 175 So.2d 431.

The application is denied. According to the facts of this case as found to be by the Court of Appeal, the result reached by the Court is correct.

176 So.2d 146

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**William Warren MUNSON et al.**

**No. 47832.**

June 28, 1965.

In re: William Warren Munson et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 174 So.2d 923.

Writ refused. On the facts found by the Court of Appeal, it does not appear that the result reached by said Court is incorrect.

176 So.2d 147

**STATE of Louisiana**

**v.**

**Dr. Bertrand Oliver Austin TYSON.**

**No. 47842.**

June 28, 1965.

In re: Dr. Bertrand Oliver Austin Tyson applying for writs of certiorari, mandamus and prohibition.

Writ refused. We find no error of law in the rulings complained of.